# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 6:06-CR-207-ORL-19KRS

VIET TRUNG HO

## ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 174, filed February 23, 2007) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 174) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Viet Trung Ho has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this   26th   day of February, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation

United States Pretrial Services
Defendant
Courtroom Deputy